Drew E. Pomerance, Esq., State Bar No. 113540
Craig S. Pynes, Esq. State Bar No. 151552
**ROXBOROUGH, POMERANCE & NYE LLP**
5820 Canoga Avenue, Suite 205
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991

Attorneys for Plaintiffs,
CHILDREN'S HOSPITAL OF ORANGE COUNTY and
CHILDREN'S HOSPITAL AT MISSION

**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

CHILDREN'S HOSPITAL OF ORANGE COUNTY a California nonprofit public benefit corporation; and CHILDREN'S HOSPITAL AT MISSION, a California nonprofit public benefit Corporation,

Plaintiffs,

vs.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; UNITED HEALTH CARE, INC., dba UNITED HEALTH GROUP aka UNITED HEALTH CARE INSURANCE COMPANY a Delaware corporation and DOES 1 through 100, inclusive,

Defendants.

Case No. SACV08-1307 JVS (RNBx)

**ORDER REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT**

Based upon Plaintiffs, Children's Hospital of Orange County and Children's Hospital at Mission's Motion to Amend, the court orders that Temp Unlimited, Inc. be joined as a Defendant to the main action brought by Plaintiffs, Children's Hospital of Orange County and Children's Hospital at Mission. Further, the court finds that the joinder of Temp Unlimited, Inc. as a Defendant eliminates the court's diversity jurisdiction because both Plaintiffs, Children's Hospital of Orange County

and Children's Hospital at Mission, and Defendant, Temp Unlimited Inc., are residents of the State of California, thereby precluding the court's continued retention of jurisdiction of this matter. Accordingly, the court hereby orders that this action be remanded to the state court for further proceedings.

DATED: February 17, 2009

The Honorable James V. Selna
Judge of the U.S. District Court